IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TCF INVENTORY FINANCE, INC.**                                                                     **PLAINTIFF**

v.                        No. 4:14-cv-00676 KGB

**HOYT'S AG PARTS & SUPPLY, LLC,**
**PHILLIP G. HOYT AND CAROL A. HOYT**                                     **DEFENDANTS**

### ORDER

By agreement of the parties, the replevin hearing previously scheduled for December 12, 2014, is hereby cancelled.

It is so ordered this 10th day of December, 2014.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge