# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**TCF INVENTORY FINANCE, INC.**                                                                 **PLAINTIFF**

**v.**                          **Case No. 4:14-cv-00676-KGB**

**HOYT'S AG PARTS & SUPPLY, LLC,**
**PHILLIP G. HOYT AND CAROL A. HOYT**                                                 **DEFENDANTS**

## ORDER

The parties have filed a joint stipulation of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 14). Accordingly, all counts in plaintiff's complaint are dismissed without prejudice.

SO ORDERED this the 28th day of May, 2015.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge